

# Fourth Court of Appeals
## San Antonio, Texas

November 23, 2015

No. 04-15-00524-CR

Austin **PRINCE,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 12, Bexar County, Texas
Trial Court No. 432473
Honorable Scott Roberts, Judge Presiding

## O R D E R

Extension of time to file the court reporter's record is this date NOTED.  Time is extended to December 7, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc: Andrew Edelman
The Law Office of Andrew Harris Edelman
123 Brackenridge Ave., #301
San Antonio, TX 78209-7060

Nicolas A. LaHood
District Attorney, Bexar County
101 W. Nueva, Suite 370
San Antonio, TX 78205

ENTERED THIS 23RD DAY OF NOVEMBER, 2015.